UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2581

UNITED STATES OF AMERICA

v.

SAMIRKUMAR J. SHAH,
                                                    Appellant

(W.D. Pa. No. 2-16-cr-00110-001)

Present:  SHWARTZ, KRAUSE, and ROTH, Circuit Judges

   1.  Motion by Appellee to Publish Opinion dated July 22, 2022.


                                                    Respectfully,
                                                    Clerk/tmm

_____ORDER_____
The foregoing motion by Appellee to publish as precedential the opinion filed July 22, 2022 is granted.


                                                    By the Court,

                                                    s/Patty Shwartz
                                                    Circuit Judge


Dated: August 3, 2022
Tmm/cc: Laura S. Irwin, Esq.
Eric G. Olshan, Esq.
Joshua S. Lowther, Esq.